UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Abdul Hussaini,<br><br>       Plaintiff<br><br>  -v-<br><br>Liberty Mutual Insurance Co.,<br><br>     Defendant. |

26-cv-466 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On January 19, 2026, this action was removed from New York state court. The parties thereafter convened a joint telephone conference in which they represented to the Court that defendant Liberty Mutual Insurance Company had removed the action in error, as the underlying state court action had been discontinued several days prior to defendant filing its notice of removal in federal court. In support, defendant also submitted to the Court a copy of the stipulation of discontinuance that plaintiff had filed in the state court action, dated January 16, 2026. The parties agreed that the action should not proceed in federal court.

Only "pending" actions may be removed from state court. See 28 U.S.C. § 1446(a). The parties do not dispute that there was no longer any action "pending" in state court when defendant filed its notice of removal. Accordingly, the action is dismissed.

SO ORDERED.

New York, NY
February 19, 2026

JED S. RAKOFF, U.S.D.J.

1